UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERRAGIO, LTD.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CASTING HOUSE,<br><br>　　　　Defendant. | CASE NO. 1:17-CV-00750 |

## NOTICE OF SETTLEMENT

TO THE COURT:

PLEASE TAKE NOTICE, that Plaintiff Verragio, Ltd. and Defendant Casting House have reached a resolution of this matter in its entirety. The parties are currently working to finalize the settlement agreement relating to this resolution, and expect to file a dismissal within thirty (30) days. Therefore, the parties respectfully request that the current hearings, dates and deadlines be vacated so that the parties can finalize performance of the terms of the agreement and file the dismissal.

Respectfully submitted,

TUCKER ELLIS LLP

By: /s/Nathan T. Newman
　　Nathan T. Newman – ARDC #6322359
　　Tucker Ellis LLP
　　233 South Wacker Drive, Suite 6950
　　Chicago, IL 60606
　　Telephone: 312.624.6300
　　Facsimile: 312.624.6309

By: /s/Howard A. Kroll
Howard A. Kroll
Admitted to Illinois Bar 2/18/17
Tucker Ellis LLP
515 South Flower Street, 42nd Floor
Los Angeles, California 90071
Telephone:　213-430-3400
Facsimile:　213-430-3409

*Attorneys for Plaintiff
Verragio, Ltd.*

## CERTIFICATE OF SERVICE

I, Susan Lovelace, certify that on April 17, 2017, I electronically filed the Notice of Settlement with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record listed below:

Attorney for Defendant:

Christopher J. Pickett
Avery Kerr Gordon
Lindsay, Rappaport & Postel, LLC
10 S. LaSalle St., Suite 1301
Chicago, Illinois 60603
Tel: 312-624-6300
Fax: 312-624-6309

Email: cpickett@lrplawfirm.com
Email: agordon@lrplawfirm.conm

By: _/s/ Susan Lovelace_

2

1243597.1