UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERRAGIO, LTD.<br><br>        Plaintiff,<br><br>  vs.<br><br>GM CASTING HOUSE, INC.,<br><br>        Defendant. | CASE NO. 1:17-CV-00750<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff Verragio, Ltd. and Defendant GM Casting House, Inc., having resolved the above-entitled action pursuant to a Confidential Settlement Agreement and Release between them, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) that this action be and hereby is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

                                                                                                 **Respectfully submitted,**

| | |
|---|---|
| TUCKER ELLIS LLP<br><br>By: /s/Nathan T. Newman<br>    Nathan T. Newman – ARDC #6322359<br>    Tucker Ellis LLP<br>    233 South Wacker Drive, Suite 6950<br>    Chicago, IL 60606<br>    Telephone: 312.624.6300<br>    Facsimile: 312.624.6309<br><br>        and<br><br>    Howard A. Kroll<br>    howard.kroll@tuckerellis.com<br>    515 South Flower Street, 42nd Floor<br>    Los Angeles, California 90071<br>    Telephone: 213-430-3400<br>    Facsimile: 213-430-3409<br><br>    Attorneys for Plaintiff | LINDSAY, PICKETT, RAPPAPORT & POSTEL, LLC<br><br>By: /s/Christopher J. Pickett<br>    Christopher J. Picket (6287096)<br>    Avery Kerr Gordon (6319201)<br>    LINDSAY, PICKETT, RAPPAPORT & POSTEL, LLC<br>    10 S. LaSalle St., Suite 1301<br>    Chicago, IL 60603<br>    cpickett@lprp-law.com<br>    Direct: 312.596.7779<br>    agordon@lprp-law.com<br>    Direct: 312.734.8974<br><br>Attorneys for Defendant |